No. 87–5027. VILLALOBOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–5028. MITCHELL v. OFFICE OF THE LOS ANGELES COUNTY SUPERINTENDENT OF SCHOOLS ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–5030. NICHOLAS v. KULBETH. C. A. 1st Cir. Certiorari denied.

No. 87–5034. LICKER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 87–5035. HANSON v. BOARD OF ATTORNEYS PROFESSIONAL RESPONSIBILITY OF WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 87–5036. GROSS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 87–5041. RODGER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–5043. MONTGOMERY v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 87–5044. SHIELDS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 87–5047. PAREZ v. CITY AND COUNTY OF SAN DIEGO. C. A. 9th Cir. Certiorari denied.

No. 87–5049. BALDWIN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 87–5051. HUGHES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–5055. DUNCAN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–5056. WYATT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.